ROBERT A. WILKINSON, Respondent, v. NASSAU SHORES, INC., et al., Defendants; JOHN P. McKENNA, Respondent, and CHARLES R. LE CONTE et al., Appellants.— In an action in which beach easements were adjudicated, an order and judgment (one paper) was entered on the remittitur of the Court of Appeals. The fourth decretal paragraph of the order and judgment is reversed on the law, with $10 costs and disbursements, and the following is substituted in place thereof: " Ordered and Adjudged that any easement rights claimed by equitable owners of lots to which said respondent corporations held legal title may be asserted by said equitable owners in an independent action in which they are parties, as they may be advised." The language in the fourth decretal paragraph, from which appeal is taken, is not contemplated nor authorized by the remittitur. Moreover the said paragraph erroneously refers to easement rights in "lots". Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ., concur.

■

ABRAHAM ZLOBINSKY, Respondent, v. BROADLANE REALTY CORP., Appellant.— In an action to recover damages for defendant's failure to perform under a memorandum agreement to sell real property partly owned by defendant and partly owned by one Florence Gold, not a party to the agreement, defendant appeals from an order granting plaintiff's motion for summary judgment striking out the answer and directing an assessment of damages. Order reversed, without costs, and motion denied, without costs. Defendant's contention is that the agreement to sell should not be binding unless and until a formal contract should be entered into between plaintiff, defendant, and said Florence Gold. Such contention raises a triable issue of fact. (*N. E. D. Holding Co.* v. *McKinley*, 246 N. Y. 40; *Polucek* v. *Jahoda*, 203 App. Div. 38.) Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ., concur.

## (June 14, 1954.)

■

JAMES R. BEVANS, Appellant, v. WILLIAM F. HOGAN, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [See *ante*, p. 946.]

■

LUCY COCCARO, Respondent, v. ANTHONY COCCARO, Appellant.— Motion referred to the court that rendered the decision. Present — Adel, Acting P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. Present — Adel, Acting P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. [See *ante*, p. 969.]